

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00272-CV

IN RE REGINALD DEAN                                         RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 1184138-A

------------

## MEMORANDUM OPINION[1]

------------

The court has considered Relator Reginald Dean's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, Relator's petition for writ of mandamus is denied.

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL: DAUPHINOT, WALKER, and MEIER, JJ.

DELIVERED: August 28, 2015

------------

[1]See Tex. R. App. P. 47.4, 52.8(d).